*State, Respondent, v. Carter, Petitioner*, No. 93252-2. Petition for review of a decision of the Court of Appeals, No. 47144-2-II, April 19, 2016, 193 Wn. App. 1029. *Denied* September 28, 2016.

*State, Respondent, v. Heslen, Petitioner*, No. 93253-1. Petition for review of a decision of the Court of Appeals, No. 47020-9-II, May 3, 2016, 193 Wn. App. 1044. *Denied* September 28, 2016.

*Campbell, Petitioner, v. Tacoma Pub. Sch. Dist. No. 10, Respondent*, No. 93260-3. Petition for review of a decision of the Court of Appeals, No. 46067-0-II, March 8, 2016, 192 Wn. App. 874. *Denied* September 28, 2016.

*Piel et al., Petitioners, v. City of Federal Way, Respondent*, No. 93261-1. Petition for review of a decision of the Court of Appeals, No. 72707-9-I, May 16, 2016, 194 Wn. App. 1002. *Denied* September 28, 2016.

*State, Respondent, v. Mathers, Petitioner*, No. 93262-0. Petition for review of a decision of the Court of Appeals, No. 47523-5-II, May 10, 2016, 193 Wn. App. 913. *Denied* September 28, 2016.

*State, Respondent, v. Williams, Petitioner*, No. 93263-8. Petition for review of a decision of the Court of Appeals, No. 33158-0-III, May 10, 2016, 193 Wn. App. 906. *Denied* September 28, 2016.

*Caldwell, Petitioner, v. City of Hoquiam, Respondent*, No. 93265-4. Petition for review of a decision of the Court of Appeals, No. 71947-5-I, April 18, 2016, 194 Wn. App. 209. *Denied* September 28, 2016.

*In re Reinterment of Remains of Faenov*, No. 93273-5. Petition for review of a decision of the Court of Appeals, No. 72948-9-I, May 16, 2016, 194 Wn. App. 42. *Denied* September 28, 2016.